STATE OF INDIANA    )    HAMILTON COUNTY SUPERIOR COURT
                         )    ROOM NO. 3
                     ) SS:
COUNTY OF HAMILTON    )    CAUSE NUMBER: 29D03-0905-PL- 628

HECKLER & KOCH, INC., GLOCK, INC. )
AND CARL WALTHER SPORTWAFFEN )
GMBH                              )
                             )
             Plaintiff,        )
                             )
                             )
          v.                )
                             )
AIRSPLAT                       )
                             )
           Defendant.      )

*FILED*
*2009 MAY 14 AM 8: 41*
*PEGGY BEAVER*
*CLERK*
*HAMILTON COUNTY COURTS*

## COMPLAINT

For this Complaint against Defendant, Airsplat, referred to hereafter as ("Defendant"), Plaintiffs, Heckler & Koch, Inc. ("HK"), Glock, Inc. ("Glock"), and Carl Walther Sportwaffen GmbH ("Walther) (hereinafter collectively referred to as "Plaintiffs") hereby allege as follows:

### A.
### SUBSTANCE OF THE ACTION

1. Plaintiffs' Complaint arises from the unauthorized advertisement, distribution and/or sale of airsoft guns by Defendant. The advertisements, packaging and/or merchandise used by Defendant in connection with the sale of these airsoft guns contain the trademarks and trade dress of HK, Glock, and Walther ("the Plaintiffs' IP").

2. Defendant's unauthorized use of the Plaintiffs' IP on the infringing advertisements, packaging and merchandise violates Plaintiffs' rights as owners

of the IP. Plaintiffs assert claims for federal trademark infringement, federal trademark dilution, false designation of origin or sponsorship, false advertising, and trade dress infringement pursuant to the Lanham Act, as well as common law trademark infringement, unfair competition, conversion, forgery, counterfeiting, and deception. Plaintiffs' seek a permanent injunction preventing Defendant from using the distinctive Plaintiffs' IP, along with an award of damages, treble damages, profits, attorney's fees and costs.

**B.**
**THE PARTIES**

3. HK is a corporation organized and existing under the laws of Virginia.

4. Walther is a foreign corporation organized and existing under the laws of Germany.

5. Glock is a corporation organized and existing under the laws of five different territories, including the state of Georgia.

6. Defendant, Airsplat, is a California business with its office at 11688 Clark Street #A, Arcadia, CA 91006.

**C.**
**JURISDICTION AND VENUE**

7. This Court has original jurisdiction over this action pursuant to Ind. Code § 33-28-1-2 and Ind. Code § 33-33-29-7.

8. Defendant has submitted to this Court's jurisdiction by doing business in the state of Indiana.

9. Venue properly lies in this Court because a substantial part of the events giving rise to the claims alleged herein arose in Hamilton County, Indiana.

**D.**
**GENERAL ALLEGATIONS**

**1.    The HK Marks**

10. HK is a leading firearms manufacturer and distributor in the United States.  HK is especially prominent in providing weaponry to military and law enforcement throughout the country. HK is known for weapons such as its MP5® and XM8 submachine guns, and G3® and G36® rifles.  However, HK also retails a line of civilian firearms, which includes the USP® handgun.

11. Related to this business, HK owns a wide variety of intellectual property rights ("the HK marks").  Included within the HK marks are federal and state registered trademarks, trade dress, copyrights and patents for HK's well-known weapon designation marks and weapon designs.

12. Relevant to this Complaint, HK is the registrant for federal registration number 3028713 for its G36® mark, 1594108 for its G3® mark, 1594109 for its MP5® mark, and 3595107, 1832127, and 1833281 for its USP® mark.  Also relevant to this Complaint, HK is the registrant for Indiana state registration numbers 20081120-13172 and 20081120-13173 for its G36® mark, registration numbers 20081120-13168 and 20081120-13169 for its MP5® mark, and registration numbers 20081120-13178 and 20081120-13179 for its USP® mark.  These registrations are active and unrevoked, and constitute *prima facie* evidence of HK's ownership of the marks.

13. HK also owns common law trademark rights in the XM8 word mark and in the distinct shapes and features of its gun products, including but not limited to the MP5, USP, XM8, G3, and G36.  These common law rights are included in the HK

3

marks.

14. HK maintains strict control over the quality and nature of their products and items bearing the HK marks.

15. HK has invested considerable time and money in establishing the HK marks throughout Indiana and the United States. As a result of these efforts, the HK marks are immediately recognizable.

16. HK has acquired substantial goodwill among consumers.

17. As a result of such goodwill and immediate recognition, items bearing the HK marks have become highly valuable.

### 2. The Walther Marks

18. Walther Sportwaffen GmbH is a leader in firearms sales in the United States and around the world. Relative to this business, Walther is the exclusive owner of many valuable designs, trademarks, trade dress and copyrights derived from the Walther® brand of firearms (collectively referred to herein as "the Walther marks").

19. More specifically, Walther is the exclusive owner of federal trademark registration numbers 2873724 and 2148616 for its P99® trademark. These registrations are active and unrevoked, and constitute *prima facie* evidence of Walther's ownership of the marks.

20. Walther also owns common law trademark and trade dress rights in the distinct shape of the P99. These rights are included in the Walther marks.

21. The Walther marks are distinctive and famous.

22. Walther is engaged in the sale, advertising, and/or licensing of merchandise

bearing the Walther marks in Indiana and elsewhere.

23. Walther maintains strict control over the quality and nature of its products and items bearing the Walther marks.

24. Walther has invested considerable time and money in advertising the Walther marks throughout Indiana and the United States. As a result of this extensive advertising, the Walther marks are immediately recognizable.

25. Walther has acquired substantial goodwill among consumers.

26. As a result of such goodwill and immediate recognition, and as a result of extensive advertising, items bearing the Walther marks have become highly valuable.

### 3.   The Glock Marks

27. Glock is a weapons manufacturer with its headquarters in Deutsch-Wagram, Austria. Glock produces knives, accessories and tools, but is most famous for its extensive line of pistols. Relative to this business, Glock is the exclusive owner of multiple federally registered word and image trademarks. These registrations are active and unrevoked, and constitute *prima facie* evidence of Glock's ownership of the marks.

28. Relevant to this Complaint, Glock is the registrant for federal registration numbers 2807745 and 2807747 for the Glock trade dress. These registrations are active and unrevoked, and constitute *prima facie* evidence of Glock's ownership of the mark.

29. Glock also owns common law trademark and trade dress rights in the distinct shapes and features of its weaponry. Collectively, the Glock trademarks and trade

dress are referred to as "the Glock marks."

30. The Glock marks is distinctive and famous.

31. Glock is engaged in the sale and/or licensing of promotional items bearing the Glock marks in Indiana and elsewhere.

32. Glock maintains strict control over the quality and nature of its products and items bearing the Glock marks.

33. Glock has invested considerable time and money in advertising the Glock marks throughout Indiana and elsewhere.   As a result of extensive worldwide advertising, the Glock marks is immediately recognizable.

34. Glock has acquired substantial goodwill among consumers.

35. As a result of such goodwill and immediate recognition, and as a result of extensive advertising, the Glock marks have become highly valuable.

### 4.   Defendant's Infringement of Plaintiffs' Rights

36. Subsequent to Plaintiffs' development, use and registration of the HK, Glock, and Walther marks ("the Plaintiffs' IP"), Defendant began using the Plaintiffs' marks or confusingly similar variations of the marks.

37. Defendant has manufactured, produced, advertised and/or sold airsoft guns bearing the Plaintiffs' IP.  A sample listing of the airsoft guns manufactured, distributed, advertised and/or sold by Defendant is attached to the Complaint as Exhibit A.

38. Defendant has not received permission from Plaintiffs or anyone acting on Plaintiffs' behalf, to manufacture, produce, advertise or sell any item bearing the Plaintiffs' IP.

39. By manufacturing, producing, advertising and/or selling items bearing the Plaintiffs' IP without permission, Defendant has attempted to profit from and capitalize on the intellectual property rights and substantial goodwill developed by Plaintiffs.

40. Defendant has willfully and intentionally manufactured, produced, advertised and/or sold products bearing the Plaintiffs' IP with knowledge of Plaintiffs' ownership of the Plaintiffs' IP.

41. Defendant manufactured, produced, advertised and/or sold items bearing the Plaintiffs' IP with knowledge that Defendant's use of the Plaintiffs' IP was unauthorized.

42. The manufacture, production, advertisement, and/or sale of items bearing the Plaintiffs' IP created a likelihood of consumer confusion.

43. Defendant used the Plaintiffs' IP with the intent to confuse and/or deceive consumers.

## COUNT I
## FEDERAL TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114

44. Plaintiffs incorporate herein by reference the allegations contained in all previous paragraphs of this Complaint.

45. Defendant has used in commerce, and in connection with the sale of goods, reproductions, counterfeits, copies or colorable imitations of the Plaintiffs' IP.

46. Defendant has reproduced, counterfeited, copied or imitated the Plaintiffs' IP and applied the Plaintiffs' IP to labels, signs, prints, packages, receptacles or advertisements intended to be used in commerce.

47. Defendant's use of the Plaintiffs' IP creates the likelihood of confusion, mistake

and/or deception among consumers.

48. Defendant willfully infringed upon the Plaintiffs' IP. Defendant intended to confuse, mistake or deceive consumers.

49. Defendant used the reproductions of the Plaintiffs' IP with knowledge that the marks were copies and/or counterfeits.

50. Consumers were initially interested in and lured to the infringing items by Defendant's use of the Plaintiffs' IP.

51. As a result of Defendant's infringement, Plaintiffs have suffered irreparable harm. Unless Defendant is permanently enjoined from further infringement, Plaintiffs will continue to suffer irreparable harm.

52. A permanent injunction is necessary to prevent Defendant from further interference with the Plaintiffs' IP.

53. As a result of Defendant's infringement under 15 U.S.C. § 1114, Plaintiffs have been injured and are entitled to damages, including but not limited to, Defendant's profits from the sale of all infringing goods, actual damages, corrective advertising damages, treble damages, statutory damages, costs of suit and attorney's fees.

**COUNT II**
**TRADEMARK DILUTION UNDER 15 U.S.C. § 1125(c)**

54. Plaintiffs incorporate by reference the allegations contained in all previous paragraphs of this Complaint.

55. The Plaintiffs' IP is the product of creativity and imagination.

56. The Plaintiffs' IP is distinctive and famous.

57. Defendant adopted the Plaintiffs' IP after the marks became famous.

8

58. Defendant's use of the Plaintiffs' IP caused dilution of the marks.

59. Defendant's use of the Plaintiffs' IP is commercial and in commerce.

60. Defendant's use of the Plaintiffs' IP has weakened the unique association of the Plaintiffs' IP with HK, Glock, and Walther.

61. As a result of Defendant's dilution under 15 U.S.C. § 1125(c), Plaintiffs have suffered irreparable harm.   Unless Defendant is permanently enjoined from further dilution, Plaintiffs will continue to suffer irreparable harm.

62. A permanent injunction is necessary to prevent Defendant from further interference with the Plaintiffs' IP.

63. Defendant's dilution of the Plaintiffs' IP has caused Plaintiffs damages, including, but not limited to, Defendant's profits from the sale of all infringing goods, actual damages, corrective advertising damages, treble damages, statutory damages, costs of suit and attorney's fees.

## COUNT III
## FALSE DESIGNATION OF ORIGIN OR SPONSORSHIP, FALSE ADVERTISING AND TRADE DRESS INFRINGEMENT UNDER 15 U.S.C. § 1125(a)

64. Plaintiffs incorporate by reference the allegations contained in all previous paragraphs of this Complaint.

65. Defendant used the Plaintiffs' IP in commerce and in connection with the sale of goods or services.

66. Defendant's use of the Plaintiffs' IP is likely to cause confusion or mistake and/or is likely to deceive consumers as to the affiliation, connection or association of Defendant with Plaintiffs; or as to the origin, sponsorship, or approval of Defendant's goods by Plaintiffs, or anyone acting on behalf of Plaintiffs.

67. Defendant's conduct constitutes false or misleading descriptions, false advertising, and false designations of the origin and/or sponsorship of Defendant's goods and constitutes trade dress infringement in violation of § 43(a) of the Lanham Act, as amended, 15 U.S.C. § 1125(a).

68. As a result of Defendant's conduct, Plaintiffs have suffered irreparable harm. Unless Defendant is permanently enjoined from further false designations, false advertisement and trade dress infringement, Plaintiffs will continue to suffer irreparable harm.

69. A permanent injunction is necessary to prevent Defendant from further interference with the Plaintiffs' IP.

70. Defendant's violation of 15 U.S.C. §1125(a) has caused Plaintiffs to incur damages, including, but not limited to, Defendant's profits from the sale of all infringing goods, actual damages, corrective advertising damages, treble damages, statutory damages, costs of suit and attorney's fees.

**COUNT IV**
**COMMON LAW TRADEMARK INFRINGEMENT**

71. Plaintiffs incorporate by reference the allegations contained in all previous paragraphs of this Complaint.

72. The Plaintiffs' IP is immediately recognizable and famous throughout the world.

73. Plaintiffs have acquired a reputation among consumers for quality and excellence, and the Plaintiffs' IP has come to symbolize that reputation.

74. Defendant, with knowledge of and with intentional disregard for the rights of Plaintiffs, manufactured, produced, advertised and/or sold items using the

10

Plaintiffs' IP or confusingly similar imitations thereof.

75. Defendant's use of the Plaintiffs' IP has created the likelihood of confusion among consumers.

76. Defendant's acts constitute trademark infringement and willful infringement under the common law.

77. As a result of Defendant's conduct, Plaintiffs have suffered irreparable harm. Unless Defendant is permanently enjoined from further infringement, Plaintiffs will continue to suffer irreparable harm.

78. A permanent injunction is necessary to prevent Defendant from further interference with the Plaintiffs' IP.

79. As a result of Defendant's infringement, Plaintiffs have suffered damages, including, but not limited to, Defendant's profits from the sale of all infringing goods, actual damages, treble damages, statutory damages, costs of suit and attorney's fees.

## COUNT V
## UNFAIR COMPETITION

80. Plaintiffs incorporate by reference the allegations contained in all previous paragraphs of this Complaint.

81. Defendant's unlawful and unauthorized use of the Plaintiffs' IP constitutes unfair competition with Plaintiffs.

82. Defendant's conduct creates consumer confusion as to the source and/or origin of the infringing items.

83. Defendant's use of the Plaintiffs' IP is an attempt to interfere with Plaintiffs' business relationship with its consumers and to trade on Plaintiffs' goodwill.

11

84. As a result of Defendant's conduct, Plaintiffs have suffered irreparable harm. Unless Defendant is permanently enjoined from further unfair competition, Plaintiffs will continue to suffer irreparable harm.

85. A permanent injunction is necessary to prevent Defendant from further interference with the Plaintiffs' IP.

86. Defendant's unfair competition has caused Plaintiffs to incur damages, including but not limited to, Defendant's profits from the sale of the infringing products, actual damages, costs of suit and attorney's fees.

**COUNT VI**
**CONVERSION UNDER IND. CODE § 35-43-4-3**

87. Plaintiffs incorporate by reference the allegations contained in all previous paragraphs of this Complaint.

88. Defendant knowingly or intentionally exerted unauthorized control over the property of Plaintiffs, specifically the Plaintiffs' IP, owned by Plaintiffs.

89. Defendant sold items bearing the Plaintiffs' IP without Plaintiffs' consent and in a manner or to an extent other than that to which Plaintiffs had consented.

90. Defendant knowingly or intentionally exerted unauthorized control over Plaintiffs' intangibles, namely the Plaintiffs' IP and the goodwill developed by Plaintiffs.

91. Defendant misappropriated the Plaintiffs' IP for their own use and benefit and interfered with Plaintiffs' control over the Plaintiffs' IP.

92. As a result of Defendant's conversion, Plaintiffs were damaged and seek an award of actual damages, treble damages, costs and attorney's fees pursuant to the Indiana Crime Victim's Act, Ind. Code § 34-24-3-1.

## COUNT VII
## FORGERY UNDER IND. CODE § 35-43-5-2(b)

93. Plaintiffs incorporates by reference the allegations contained in the previous paragraphs of this Complaint.

94. Defendant, with the intent to defraud, made, uttered, and/or possessed a written instrument, namely the Defendant's airsoft guns in such a manner that it purports to have been made by Plaintiffs.

95. Defendant was not given the authority to make or possess the infringing items by Plaintiffs or anyone acting on behalf of Plaintiffs.

96. As a result of Defendant's forgery, Plaintiffs were damaged and seeks an award of actual damages, treble damages, costs and attorney's fees pursuant to the Indiana Crime Victim's Act, Ind. Code § 34-24-3-1.

## COUNT VIII
## COUNTERFEITING UNDER IND. CODE § 35-43-5-2(a)

97. Plaintiffs incorporates herein by reference the allegations contained in all previous paragraphs of this Complaint.

98. Defendant knowingly or intentionally made and/or uttered a written instrument, namely the Defendant's airsoft guns in such a manner that it purports to have been made by Plaintiffs.

99. Defendants were not given the authority to make or utter the infringing items by Plaintiffs or anyone acting on behalf of Plaintiffs.

100. As a result of Defendant's counterfeiting, Plaintiffs were damaged and seeks an award of actual damages, treble damages, costs and attorney's fees pursuant to the Indiana Crime Victim's Act, Ind. Code § 34-24-3-1.

## COUNT IX
## DECEPTION UNDER IND. CODE § 35-43-5-3

101. Plaintiffs incorporates herein by reference the allegations contained in all previous paragraphs of this Complaint.

102. Defendant knowingly or intentionally made a false or misleading written statement, namely that the Defendant's airsoft guns are sponsored by or affiliated with Plaintiffs, with the intent to obtain property.

103. Defendant, with the intent to defraud, misrepresented the identity or quality of property, namely the Defendant's airsoft guns.

104. As a result of Defendant's deception, Plaintiffs were damaged and seeks an award of actual damages, treble damages, costs and attorney's fees pursuant to the Indiana Crime Victim's Act, Ind. Code § 34-24-3-1.

## COUNT X
## STATE TRADEMARK INFRINGEMENT UNDER IND. CODE § 24-2-1-13

105. Plaintiffs incorporate herein by reference the allegations contained in all previous paragraphs of this Complaint.

106. Defendant has used, without the consent of Plaintiffs, reproductions, counterfeits, copies or colorable imitations of the Plaintiffs registered trademarks.

107. Defendant's use of the Plaintiffs' trademarks in connection with the sale, offering for sale, or advertising of goods is likely to cause confusion or mistake or to deceive as to the source or origin of such goods.

108. Defendant has reproduced, counterfeited, copied or colorably imitated the Plaintiffs' trademarks and applied the marks to labels, signs, prints, packages, receptacles or advertisements intended to be used upon or in conjunction with the

sale or distribution in the State of Indiana of such goods.

109. Defendant's use of the Plaintiffs' trademarks creates the likelihood of confusion, mistake and/or deception among consumers.

110. Defendant willfully infringed upon the trademark rights of Plaintiffs. Defendant intended to confuse, mistake or deceive consumers.

111. Defendant used the reproductions of the Plaintiffs' trademarks with knowledge that the marks were copies and/or counterfeits.

112. Consumers were initially interested and lured to the infringing items by the similarity to the Plaintiffs' marks.

113. As a result of Defendant's infringement, Plaintiffs have suffered irreparable harm to valuable Plaintiffs' trademarks. Unless Defendant is permanently enjoined from further infringement, Plaintiffs will continue to suffer irreparable harm.

114. A permanent injunction is necessary to prevent Defendant from further interference with Plaintiffs' trademark rights.

115. As a result of Defendant's infringement under Ind. Code § 24-2-1-13, Plaintiffs have been injured and is entitled to damages, including but not limited to, Defendant's profits from the sale of all infringing goods, actual damages, treble damages, statutory damages, costs of suit and attorney's fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief against the Defendant as follows:

a.      That Defendant, its officers, partners, agents, servants, affiliates, employees, attorneys, and representatives, and all those in privity or acting in consent or participation with Defendant, and each and all of

15

them, be permanently enjoined from:

    (i)    Imitating, copying, reproducing, or using, in any manner, the Plaintiffs' IP, or any other mark confusingly similar to the Plaintiffs' IP;

    (ii)    Committing any act that dilutes or is likely to dilute the distinctiveness of the Plaintiffs' IP;

    (iii)    Committing any act that is likely to create the impression that Defendant's business or products are in any way sponsored by, approved of or otherwise affiliated or connected with Plaintiffs;

    (iv)    Importing, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any product or service using any simulation, reproduction, counterfeit, copy or imitation of any of the Plaintiffs' IP; and

    (v)    instructing, assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (iv) above.

b.    That Defendant be required to:

    (i)    Deliver to Plaintiffs for destruction all goods and materials bearing the Plaintiffs' IP which Defendant has in its possession;

    (ii)    Recall and deliver to Plaintiffs for destruction all goods and materials bearing the Plaintiffs' IP that have been previously distributed or sold;

    (iii)    Pay compensatory damages to Plaintiffs in an amount to be

determined at trial for the injuries Plaintiffs have sustained as a consequence of the acts complained of;

(iv)    Pay Plaintiffs treble damages, or alternatively, Defendant's profits trebled, whichever is greater;

(v)    Pay all of Plaintiffs' litigation expenses, including reasonable attorneys' fees and costs of this action;

(vi)    Pay interest to Plaintiffs, including pre-judgment interest on the foregoing sums; and

(vii)    File with this Court and serve on Plaintiffs an affidavit setting forth in detail the manner and form of Defendant's compliance with the terms of this Court's orders.

c.    That Plaintiffs be awarded such other and further relief as the Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiffs hereby respectfully requests a trial by jury in this cause, and for all other relief just and proper in the premises.

Respectfully submitted,

Darlene R. Seymour
Attorney # 23133-49

By:_____

Attorney for Plaintiff
1292 E. 91st Street
Indianapolis, IN  46240

17

07/23/2009  18:29    6263575600    PAGE  02



2009/01/12

07/23/2009  18:29    6263575600                                    PAGE  03



2009/01/12



07/23/2009  18:29    6263575600                                    PAGE  05



2006/10/06



2006/10/06

07/23/2009  18:29    6263575600                                    PAGE  07



2006/10/06

07/23/2009  18:29    6263575600                    PAGE  08



07/23/2009  18:29    6263575600    PAGE  09



2009/04/10

07/23/2009  18:29    6263575600                                    PAGE  10



07/23/2009  18:29    6263575600    PAGE  11





2009/04/10

**NATION'S LARGEST RETAILER**
SHIPS IN 24 HRS!
FREE SHIPPING!!
110% PRICE MATCH GUARANTEE

Shopping Cart
Login Id: GUEST
Total Items: 0

Guests & Members    The Nation's Largest Airsoft Retailer    Airsoft Guns    About Us    Testimonials    Monthly Specials

Join / Log In

Join for email discounts and cheap airsoft gun deals!

(626) 377-4818
(626) 357-5700
M-F 9AM-4PM PST

**Airsoft Guns Categories**

**Mini Electric Airsoft Guns Rifle**
**Spring AirSoft Guns, Pistols, & Handguns**
**Spring Airsoft Rifles & Sniper Rifles**
**Gas AirSoft Guns & Gas Sniper Rifles**
**Electric Airsoft Gun Rifle AEG LPEG MPEG**
**Airsoft Gun Magazines (Spring, Gas, AEG)**
**Airsoft Accessories, BB, Apparel, & Gear**
**Airsoft Upgrades & Add-On Modifications**

**About Airsoft**

Airsoft Information
Feedback
Policy
Privacy Policy
Specials

**Airsoft Manufacturers**

AGM (Airsoft Gun Manufacture)
AE Airsoft Elite
Airsoft Press
AirSplat
BE (Both Elephant)
CA (Classic Army)
BOYI / CYMA
DE(Double Eagle)
Deep Fire
DuraTrax
Excel Airsoft BB
JG (Jing Gong) / GB (Golden Bow)
G&G (Guay Guay)
HFC (Ho Feng Corp)
ICS (I Chih Shivan) /
VFC (Vega Force Corp)
IB (Intellect Battery) / Sanyo Battery
JLS
KJW (Kuan Ju Works)
KWA / KSC
KWC (Klen Well Co)
Leapers / UTG
TM (Tokyo Marui) / WE
NC Star
SoftAir / Cyber Gun

### UHC G3A3 Mini Electric Airsoft Gun



Price : $15.99 per EACH        Qty : 1

- Fully Automatic Mini Size Airsoft Gun
- G3A3 AirSoft Electric Mini Machine Gun
- 1:3 Scale
- Requires 4 AA Batteries (not included)
- Spring Safety Switch
- 150 FPS (0.12 g BB) / 15-40 Feet
- Fires 0.12 g BB's
- Capacity: 75 Rounds

Add to Cart

More Info

### Bell G3 SAS Full Metal Airsoft AEG Rifle

Price : $89.95 per EACH

        Qty : 1

- Automatic Airsoft AEG (Airsoft Electric Gun) Rifle
- 300 FPS (0.2 g BB) / 150 -200 Feet Range
- Motor: Hi Torque Motor
- Adjustable Hop Up
- Hi-Cap Magazine: 500 Rounds
- Full Metal Body and Metal Gear Box
- Battery and Small Wall Charger Included
- Limited Time Special - ONLY $69.95 Coupon Code: BELLG3

Add to Cart

More Info

### Bell G3 SAR Taktik Airsoft AEG Rifle Gun

Price : $104.95 per EACH        Qty : 1

- Bell G3 SAR Taktik Airsoft AEG (Airsoft Electric Gun) Full Metal Rifle
- Completely Upgraded Externally with ALL Metal Body
- Velocity: 250 - 300 FPS (0.2 g BB)
- Hi-Cap 500 Round Magazine
- Range: 150 - 200 Feet
- 8.4V 1100 mAH Battery Included
- Standard Wall Charger Included
- Metal Flashhider & Sling Included

Add to Cart

More Info

### Classic Army CA33E AEG Hi-Cap Magazine

- Classicy Army CA33 AEG Rifle High Capacity Magazine
- High Capacity 330 Round Magazine

Tokyo Marui Compatible



Price : $34.95 per EACH        Qty : 1

Add to Cart

More Info

### G&G FS51 PDW Airsoft Electric Rifle Gun

Price : $280.00 per EACH        Qty : 1

- GNG FS51 PDW G3 Airsoft AEG (Airsoft Electric Gun)
- 360 fps (0.2 g BB)
- Motor: 25000 rpm Hi-torque
- Hi-Cap Mag: 500 Rounds
- Full Metal Upper Receiver & Enhanced Nylon Lower Receiver
- Upgraded Internally (Metal Gear Box, Steel Gears, 6.035mm Precision Barrel)
- Integrated 3 sides Front Rail Interface
- Low Profile Mount Included
- CNC machined one piece outer barrel
- OPTIONAL Red Dot Scope, Mount, Laser/Light Attachment

Add to Cart

More Info

### G&G FS51 Tact Airsoft Electric Rifle Gun

Price : $270.00 per EACH        Qty : 1

- G&G FS51 Fixed Stock G3 Airsoft AEG (Airsoft Electric Gun)
- 360 fps (0.2 g BB)
- Motor: 25000 rpm Hi-torque
- Hi-Cap Mag: 500 Rounds
- Full Metal Upper Receiver & Enhanced Nylon Lower Receiver
- Upgraded Internally (Metal Gear Box, Steel

Add to Cart

Shoot Us! (Bookmark)
Monthly Specials
New Items
Sale Items
Search        Go
Power Search

As Featured in:
Stuff
MAXIM
Los Angeles Times
The New York Times
LAW ENFORCEMENT
CAMPUS TALK
Entrepreneur
amazon.com
 Power Seller
 TRUSTe

2007'S FASTEST-GROWING COMPANIES IN AMERICA
 SECURE WEB SITE airsplat.com
 BBB ACCREDITED BUSINESS
 PayPal VERIFIED

Authorized Retailer of:
UHC, SoftAir, ICS, Classic Army, KJW, HFC, WE, Olympic Arms, Systema, and more!

Los Angeles' Only Airsoft Exclusive Indoor Field?

Airsoft PLAYGROUND

Looking for a Mountain Bike or Beach Cruiser?



07/23/2009   18:29   6263575600                                                                    PAGE   14

SRC
SureFire Flashlights
STTI / Y&P
Systema
UHC (Unicorn Hobby Corp)
V-Force
Well

**Airsoft Guns Styles**

1911 Airsoft Pistol
Airsoft Apparel
Airsoft Hand Grenades & Grenade Launcher
Airsoft Safety Apparel
Airsoft Shotguns
Airsoft Tactical Gear
AK47 AK74 Airsoft Gun
Desert Eagle Airsoft
Exterior Accessories
FAMAS Airsoft Rifle
G3 Airsoft Rifles
G36 Airsoft Rifles
Glock Airsoft Guns
Hi Capa Airsoft Gun
M14 Sniper Rifle
M16 AR Airsoft Rifle
M4 XM177 Airsoft Rifle
M9 M92 Airsoft Pistol
Mac11 UZI MP7 Airsoft
Misc. Airsoft Pistol
Misc. Airsoft Rifle
MP5 Airsoft Rifle
P90 Airsoft Gun
P99 Airsoft Pistol
Performance Upgrade
Ruger Airsoft Pistol
Scope Magnifying
Scope Non-Magnifying
Sig Sauer Airsoft Guns
Sniper Airsoft Rifle
SOCOM Airsoft Pistols
Steyr AUG Airsoft Rifle
Tommy Gun Airsoft
USP P8 Airsoft Pistols
XM8 Airsoft Rifles

Gears, 6.035mm Precision Barrel)
- Low Profile Mount Included
- CNC machined one piece outer barrel
- **OPTIONAL Red Dot Scope & Mount**

More Info

**Well R8 G3 A3 AEG Electric Airsoft Rifle**

Price : $79.95 per EACH

Qty : 1

Add to Cart

More Info

- G3 Automatic Airsoft AEG (Airsoft Electric Gun) Rifle
- 360 fps (0.2 g BB) / 150 - 200 Feet
- Adjustable Hop Up
- Integrated RIS Foregrip
- Full Metal Gear Box
- Red Dot Scope
- Scope Tri-Rail Mount Included
- 350 Round Hi-Capacity Magazine
- 8.4V 1100 mAH Battery and Charger Included

**Classic Army Armalite CA53 Airsoft AEG**

Price : $269.95 per EACH

- Classic Army CA53 Airsoft Electric AEG Rifle
- All Metal Body
- Metal Front Set
- Steel Flash Hider
- A3 Lower Receiver
- One-piece Foregrip
- Metal Hop Up Chamber
- 450 Round Hi-Cap Magazine
- Velocity: 300-330 fps (0.2g bbs)
- Spring - Loade Retractable Stock
- Battery and Charger sold separately

Qty : 1

Add to Cart

More Info

**Classic Army SAR Offizier M41 AEG Rifle**

Price : $279.95 per EACH

- Automatic M41 FS G3 Airsoft AEG (Airsoft Electric Gun) Rifle
- Completely Upgraded Externally
- Weight: 7 lbs
- Includes Internal Upgrades: High Torque Motor, Reinforced Slip Ring, 6mm Oily Steel Bushing Gear Box
- 350 fps (0.2 g BB)
- Includes Hi-Cap Magazine (500 Ronuds)
- **Full Trades**
- Battery and Charger Sold Separately

Qty : 1

Add to Cart

More Info

**Classic Army SAR Offizier M41 MC51 AEG**

Price : $229.95 per EACH

- Automatic M41 MC51 Retractable Stock Airsoft AEG (Airsoft Electric Gun)
- Completely Upgraded Externally
- Weight: 7 lbs
- Includes Internal Upgrades: High Torque Motor, Reinforced Slip Ring, 6mm Oily Steel Bushing Gear Box
- 350 fps (0.2 g BB)
- Includes Hi-Cap Magazine (500 Rounds)
- **Full Trades** with unique serial number
- Battery And Charger Sold Separately



Qty : 1

Add to Cart

More Info

**Classic Army G3A3 SAR M41 SG Airsoft Gun**

Price : $274.95 per EACH

- Classic Army SAR M41 Sportmatch SG Airsoft AEG (Airsoft Electric Gun) Rifle
- Weight: 9.25 lbs
- 500 Round HI Capacity Magazine
- Quick Disassembly Metal Body
- Movable Cocking Tube Assembly
- Metal Front Cocking Tube Assembly
- Real Schwaben Logo with Unique Serial Number
- Velocity: 350 fps (0.2 g BB)
- Battery And Charger Sold Separately

Qty : 1

Add to Cart

More Info

**Classic Army SAR Taktik Airsoft AEG Gun**

Price : $259.95 per EACH

- SAR Taktik Rifle II G3 SG1 Airsoft AEG (Airsoft Electric Gun) Rifle
- Completely Upgraded Externally
- Weight: 6 lbs
- Includes Internal Upgrades: High Torque Motor, Reinforced Slip Ring, 6mm Oily Steel Bushing Gear Box
- 350 fps (0.2 g BB)
- Includes Hi-Cap 500 Round Magazine
- **Full Trades** w/ Serial Number
- Battery And Charger Sold Separately




Qty : 1

Add to Cart

More Info

**Classic Army CA33 Automatic Electric Gun**

Price : $249.95 per EACH

- Full Size Automatic Airsoft AEG (Airsoft Electric Gun) Rifle
- Weight: 6 lbs



Qty : 1
Add to Cart
More Info

- Metal Body and Front Cocking Tube Assembly
- Metal Hop Up Chamber and New Hop Up Rubber
- 350 fps (0.2 g BB)
- Hi-Cap Mag: 330 Rounds
- Includes Upgraded Internals: Metal Spring Guide Rod, High Torque Motor, 6mm Oily Steel Bushings
- Battery And Charger Sold Separately

**BE HK33E M15 Airsoft Electric Rifle AEG**

- Both Elephant M15 HK33E Electric Airsoft Gun Rifle AEG (Airsoft Electric Gun) Rifle
- Metal Gearbox and Internals
- 330 fps (0.2 g BB) / 150 - 200 Feet
- Battery and Charger Included
- Safety Eyewear Included
- HI Capacity Mag: 350 Rounds

Price : $89.95 per EACH
Qty : 1
Add to Cart
More Info

**JG G3 SAS 097 Airsoft Electric Gun AEG**

Price : $119.95 per EACH JG G3 SAS 097 Airsoft Electric Gun AEG
- Weight: 9 lbs
- Velocity: 330 fps (0.20 g BB)
- Hi-Cap Mag: 500 Round Capacity
- Scope RIS Rail Mount Included
- Steel Gear Set and Metal Gear box
- Battery & Charger Included
- Made In China

Qty : 1
Add to Cart
More Info

This is an exact copy of the Tokyo Marui

**JG T3-K1 G3 SG1 Airsoft Gun Electric 098**

- Jing Gong JG / Goldwn Bow GB G3 GS1 T3-K1 098 Airsoft AEG (Airsoft Electric Gun) Rifle
- 390 fps (0.2 g BB)
- Integrated Folding Bipod
- Hi-Cap Quick Wind (Single Wind) Mag: 500 Rounds
- Full Metal V2 Gear Box
- Adjustable Hop Up
- Removable Carrying Handle with
- 8.4V 1500 mAH NiCad Large Battery Included
- Standard Wall Charger Included

Price : $114.95 per EACH
Qty : 1
Add to Cart
More Info

**JG T3-K3 G3A3 Airsoft Electric Gun 100**

Price : $119.95 per EACH JG T3K3 G3 100 Airsoft Electric Gun AEG
- 400 fps (0.20g BB)
- OD Color Foregrip Cover, Pistol Grip & Stock
- Hi-Cap Mag: 500 Rounds
- Adjustable Hop Up
- Functional Charging Handle & Ejection Port Cover
- 8.4v 1500mAH Large Battery & Charger Included

Qty : 1
Add to Cart
More Info

**JG T3K3 G3 RAS Airsoft Electric Gun 101**

- JG T3K3 G3 101 RAS Airsoft Electric Gun AEG
- 400 fps (0.20g BB)
- Integrated RAS (Rail Adapter System)
- Hi-Cap Mag: 500 Rounds
- Adjustable Hop Up
- Vertical Foregrip Included
- 8.4v 1500mAH Large Battery & Charger Included

Price : $139.95 per EACH
Qty : 1
Add to Cart
More Info

**Airsoft Press Airsoft G3 AEG Upgrade**

Price : $12.95 per EACH Airsoft Press eBook Manual
- Thorough Indepth Review on Airsoft G3 AEG Rifle Upgrades
- Concepts presented also apply to the entire line of CA SAR Offizier AEGs
- Step by Step Illustrated directions and tutorials
- Perfect for Novice or Advanced Airsofters
- Addresses Tokyo Marui, Classic Army, ICS, and other varieties of Airsoft AEG Guns
- A Must have for any player of the Airsoft Sport
- Contains over 120 Pages of Illustrations and Guides
- Click on ...

Qty : 1
Add to Cart
More Info

**Tapco HK G3 Claw Scope Mount Weaver Rail**

Weaver Rail for Tapco H&K MP5 / G3 Claw Scope Mount
Converts STANAG mount to weaver rail
Perfect combination for weaver rail scope rings

Price : $4.95 per EACH
Qty : 1



More Info

**Classic Army CA33 Metal RIS Foregrip Set**

Price : $179.95 per EACH   RIS Grip System for any Classic Army CA33E
                           Automatic Electric Airsoft Rifle
                           Free Floating Barrel System for CA33
Qty : 1                    Great addition for any CA 33E AEG
                           - Special! Free Shipping!

Add to Cart

More Info

**Deep Fire Airsoft G3 AEG Tappet Plate**

- Deep Fire G3 Mechbox AEG Gear Box Tappet
Plate                                              Price : $12.95 per EACH
- For most G3, G3A3, G3 SAS Airsoft AEG
- Compatible with most AEG (Tokyo Marui, ICS,
Classic Army, etc.)                                Qty : 1
- Reinforced ABS tappet plate for more durable
use
- Stronger than standard plastic tappet plate      Add to Cart

More Info

**Deep Fire G3 AEG Gear Box Selector Plate**

Price : $8.95 per EACH   Deep Fire AEG Gear Box Selector Plate for G3
                         Series (for 6mm / 7mm bearing Gearbox )
                         Compatible with most AEG Gear Boxes for G3, G3
Qty : 1                  SAS,  G3  SG1,  etc.  Compatible  with  most
                         manufacturers: Tokyo Marui, ICS, Classic Army,
                         VFC, SRC, G8, etc.

Add to Cart

More Info

**DeepFire G3 AEG Gearbox Metal Air Nozzle**

G3 Airsoft AEG Gun gearbox / Mech Box Air Seal
Nozzle                                             Price : $9.95 per EACH
This is perfect for any AEG, increased air flow and
forms a tighter frictionless seal between your
cylinder head and barrel. Designed with solid      Qty : 1
metal construction for high strength and velocity
(FPS). Includes O-ring construction inside for the
tightest seal.

Add to Cart

More Info

**Deep Fire G3 AEG Gun Gear Box Air Nozzle**

Price : $8.95 per EACH   Deep Fire Air Nozzle for G3 AEG Electric Rifle
                         This is perfect for any AEG, increased air flow and
                         forms a tighter frictionless seal between your
Qty : 1                  cylinder head and barrel. Designed with light
                         weight ABS plastic for high rate of fire (Rounds
                         per Second). Includes O-ring construction inside
                         for the tightest seal.

Add to Cart

More Info

**Lorcin G3 LPEG Airsoft Rifle Magazine**

-G3 Automatic Airsoft LPEG Rifle Magazine         Price : $9.95 per EACH
- Inter-locking 350 Round Hi-Capacity Magazines
- Revolutionary New Self Loading Hi Capacity

07/23/2009  18:29    6263575600                                                    PAGE   17

Magazine



Qty : 1

Add to Cart

More Info

Airsoft Blog AirSplat © - The Airsoft Guns Warehouse. All rights reserved  Airsoft Tactics Blog
All airsoft guns include a blaze orange tip of at least 6mm. Removal of this blaze orange tip for sale or transportation is a federal offense in the United
States.

http://www.airsplat.com/G3AirsoftRifle.htm

4/27/2009

**NATION'S LARGEST RETAILER**
SHIPS IN 24 HRS!
FREE SHIPPING!*
110% PRICE MATCH GUARANTEE

Shopping Cart
Login Id: GUEST
Total Items: 0

Guests & Members    The Nation's Largest Airsoft Retailer    | Airsoft Guns | About Us | Testimonials | Monthly Specials |

**Join / Log In**

Join for small discounts and cheap airsoft gun deals!

(626) 377-4818
(626) 357-5700
M-F 9AM-4PM PST

**Airsoft Guns Categories**

- Mini Electric AirSoft Guns Rifle
- Spring AirSoft Guns, Pistols, & Handguns
- Spring Airsoft Rifles & Sniper Rifles
- Gas AirSoft Guns & Gas Sniper Rifles
- Electric Airsoft Gun Rifle AEG LPEG MPEG
- Airsoft Gun Magazines (Spring, Gas, AEG)
- Airsoft Accessories, BB, Apparel, & Gear
- Airsoft Upgrades & Add-On Modifications

**About Airsoft**

- Airsoft Information
- Feedback
- Policy
- Privacy Policy
- Specials

**Airsoft Manufacturers**

- AGM (Airsoft Gun Manufacture)
- AE Airsoft Elite
- Airsoft Press
- AirSplat
- BE (Both Elephant)
- CA (Classic Army)
- BOYI / CYMA
- DE(Double Eagle)
- Deep Fire
- DuraTrax
- Excel Airsoft BB
- JG (Jing Gong) / GB (Golden Bow)
- G&G (Guay Guay)
- HFC (Ho Feng Corp)
- ICS (I Chih Shivan) / VFC (Vega Force Corp)
- IB (Intellect Battery) / Sanyo Battery
- JLS
- KJW (Kuan Ju Works)
- KWA / KSC
- KWC (Klen Well Co)
- Leapers / UTG
- TM (Tokyo Marui) / WE
- NC Star
- SoftAir / Cyber Gun

### HK G36 C Laser Spring Airsoft Rifle

Price : $12.95 per EACH
- Spring Airsoft Replica Pellet Rifle
- Built-in Rail System
- Rail Laser Sight Included
- 240 fps (0.12 g BB) / 100-130 feet

Qty : 1

Add to Cart

More Info

### BE G36K Electric Airsoft Gun Rifle MPEG

Price : $89.95 per EACH
- Automatic Airsoft AEG (Airsoft Electric Gun) Rifle
- Includes Metal Gearbox
- 330 fps (0.2 g BB) / 150 - 200 Feet
- Adjustable Hop Up
- Battery and Charger Included
- Non-Magnifying Scope
- Safety Eyewear Included
- Standard Capacity Magazine

Qty : 1

Add to Cart

More Info

### BE G36 AEG Electric Airsoft Magazine

Price : $9.95 per EACH
- BE G36 AEG Airsoft Rifle MPEG Magazine
- Standard Capacity 50 Round Magazine
- **Not** Tokyo Marui or Classic Army Compatible
- Cheapest Alternative for G36 Magazines

Qty : 1



Add to Cart

More Info

### JG GB G36 AEG Electric Airsoft Magazine

Price : $9.95 per EACH
JG Jing Gong GB Gloden Bow G36 AEG Airsoft Rifle MPEG High Cap Magazine
- High Capacity 300 Rounds
- **-** Tokyo Marui or Classic Army Compatible
- Cheapest Alternative for G36 High Capacity Magazines

Qty : 1

Add to Cart

More Info

### JG G36 Drum Airsoft Rifle Drum Magazine

Price : $59.95 per EACH
JG Jing Gong GB Gloden Bow G36 AEG Airsoft Rifle Double Drum High Cap Electric Magazine
- High Capacity: 2500 Rounds
- Charger Included
- 3 Re-loading Selections: Auto: Sound Control, Pressure Switch
- Remote Pressure Switch Included
- Compatible with TM, Classic Army, TSD and other brands of G36 variants
- Cheapest Alternative for G36 High Capacity Magazines

Qty : 1

Add to Cart

More Info

### KWA KSC G36C Airsoft Electric Gun Rifle

Price : $285.00 per EACH
- KWA G36 C Airsoft AEG (Airsoft Electric Gun) Rifle
- Weight: 10 lbs
- Velocity 380 fps (0.2 g BB)
- 1000 RPM Motor
- 450 Round Hi Cap Mag
- Stackable Magazine Design
- Side Folding Rear Stock
- Carrying Handle with built in Rails
- Battery And Charger Sold Separately
- MUST USE SMALL TO LARGE BATTERY ADAPTER
NATIONWIDE BACKORDER - AVAILABLE JUNE 2008

Qty : 1

Add to Cart

More Info

### SRC G36 G36E Electric Airsoft Rifle AEG

Price : $189.95 per EACH
- SRC G36 0631II Airsoft AEG (Airsoft Electric

Shoot Us! (Bookmark)
Monthly Specials
New Items
Sale Items
Search
[        ] Go
Power Search

As Featured In:
Stuff
MAXIM
Los Angeles Times
The New York Times
Law Enforcement
CAMPUS TALK
Entrepreneur
amazon.com
ebY Power Seller
TRUSTe







Entrepreneur HOT 500
2007'S FASTEST-GROWING COMPANIES IN AMERICA

SECURE WEB SITE
airsplat.com

BBB ACCREDITED BUSINESS

PayPal VERIFIED

Authorized Retailer of:
UHC, SoftAir, ICS, Classic Army, KJW, HFC, WE, Olympic Arms, Systema, and more!

Los Angeles' Only Airsoft Exclusive Indoor Field?



Airsoft PLAYGROUND

Looking for a Mountain Bike or Beach Cruiser?

SRC
SureFire Flashlights
STTI / Y&P
Systema
UHC (Unicorn Hobby Corp)
V-Force
Well

**Airsoft Guns Styles**

1911 Airsoft Pistol
Airsoft Apparel
Airsoft Hand Grenades & Grenade Launcher
Airsoft Safety Apparel
Airsoft Shotguns
Airsoft Tactical Gear
AK47 AK74 Airsoft Gun
Desert Eagle Airsoft
Exterior Accessories
FAMAS Airsoft Rifle
G3 Airsoft Rifles
G36 Airsoft Rifles
Glock Airsoft Guns
Hi Capa Airsoft Gun
M14 Sniper Rifle
M16 AR Airsoft Rifle
M4 XM177 Airsoft Rifle
M9 M92 Airsoft Pistol
Mac11 UZI MP7 Airsoft
Misc. Airsoft Pistol
Misc. Airsoft Rifle
MP5 Airsoft Rifle
P90 Airsoft Gun
P99 Airsoft Pistol
Performance Upgrade
Ruger Airsoft Pistol
Scope Magnifying
Scope Non-Magnifying
Sig Sauer Airsoft Guns
Sniper Airsoft Rifle
SOCOM Airsoft Pistols
Steyr AUG Airsoft Rifle
Tommy Gun Airsoft
USP P8 Airsoft Pistols
XM8 Airsoft Rifles



Qty : 1

Add to Cart

More Info

Gun) Ver II
- Weight: 10 lbs
- 350 fps (0.2 g BB)
- TWO Hi-Cap Mags: 470 Rounds Each
- Folding Stock & Functional Safety
- Steel Gear Set and Metal Fleshhider
- Adjustable Metal Hop Up
- Functional Adjustable Scope
- Aluminum Outer Barrel
- Built in RIS Rail System
- Battery And Charger Sold Separately

### SRC G36K Electric Airsoft Gun AEG Rifle

Price : $189.95 per EACH

- SRC G36K 0634II Airsoft AEG (Airsoft Electric Gun) Ver II
- Weight: 10 lbs
- 350 fps (0.20g BB)
- TWO HI-Cap Mags: 470 Rounds Each
- Folding Stock & Functional Safety
- Steel Gear Set
- Adjustable Metal Hop Up
- Built-In Adjustable Scope
- Metal Trigger, Cocking Handle & Outer Barrel
- Built in Metal RIS Rail System
- Battery And Charger Sold Separately

Qty : 1

Add to Cart

More Info

### SRC G36C Electric Airsoft Gun AEG Rifle

Price : $189.95 per EACH



Qty : 1

Add to Cart

More Info

- SRC G36C 0636II Airsoft AEG (Airsoft Electric Gun) Ver II
- Weight: 10 lbs
- 350 fps (0.20g BB)
- TWO Hi-Cap Mags: 470 Rounds Each
- Folding Stock & Functional Safety
- Steel Gear Set
- Adjustable Metal Hop Up
- Metal Trigger, Cocking Handle & Outer Barrel
- Built in Metal RIS Rail System
- Battery And Charger Sold Separately

### Classic Army G36 Automatic Electric Gun

Price : $254.95 per EACH

- Airsoft AEG (Airsoft Electric Gun) Rifle
- Weight: 6 lbs
- 350 fps (0.2 g BB)
- Folding Stock
- Glass Fiber Body
- 7mm Metal Bushing Gear Box
- Hi-Cap Mag: 470 Rounds
- Battery And Charger Sold Separately
- Review of Classic Army G36 C AEG

Qty : 1

Add to Cart

More Info

### Classic Army G36C Automatic Electric Gun

Price : $234.95 per EACH



Qty : 1

Add to Cart

More Info

- G36 C Airsoft AEG (Airsoft Electric Gun) Rifle
- Weight: 6 lbs
- 350 fps (0.2 g BB)
- Folding Stock
- Glass Fiber Body
- 7mm Metal Bushing Gear Box
- Hi-Cap Mag: 470 Rounds
- Battery And Charger Sold Separately
- Review of Classic Army G36 C AEG

### Classic Army G36 AEG Airsoft Rifle Mag

Price : $34.95 per EACH

- Classic Army G36 Rifle High Capacity Magazine
- High Capacity 400 - 500 Round Magazine



Qty : 1

Add to Cart

More Info

### Classic Army G36K Automatic Electric Gun

Price : $249.95 per EACH



Qty : 1

Add to Cart

More Info

- G36 K Airsoft AEG (Airsoft Electric Gun) Rifle
- Weight: 6 lbs
- 350 fps (0.2 g BB)
- Folding Stock
- Glass Fiber Body
- 7mm Metal Bushing Gear Box
- Hi-Cap Mag: 470 Rounds
- Battery And Charger Sold Separately
- Review of Classic Army G36 C AEG