JONATHAN HANGARTNER (State Bar No. 196268)
**X-PATENTS, APC**
5670 La Jolla Boulevard
La Jolla, CA  92037
Telephone:  (858) 454-4313
Facsimile:   (858) 454-4314
jon@x-patents.com

Attorneys for Plaintiffs
**HECKLER & KOCH, INC., GLOCK, INC., and CARL WALTHER SPORTWAFFEN GmbH**

DEBORAH YOON JONES (State Bar No. 178127)
JOANN M. WAKANA (State Bar No. 232714)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100
debbie.jones@alston.com
joann.wakana@alston.com

Attorneys for Defendant
**DA WUSTER, INC. d/b/a AIRSPLAT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECKLER & KOCH, INC., GLOCK, INC., and CARL WALTHER SPORTWAFFEN GmbH,<br><br>     Plaintiffs,<br><br>     v.<br><br>DA WUSTER, INC. d/b/a AIRSPLAT,<br><br>     Defendant. | Case No. CV 09-09123-CAS (VBKx)<br><br>Hon. Christina A. Snyder<br><br>**STIPULATION OF PARTIAL DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Glock, Inc. ("Glock") and Defendant Da Wuster, Inc. d/b/a/ Airsplat ("Da Wuster") hereby stipulate to:

(1) The dismissal with prejudice of Glock's claims in this lawsuit; and

(2) The dismissal with prejudice of Da Wuster's counterclaims against Glock in this lawsuit, provided that the dismissal of Da Wuster's counterclaims is without prejudice to the right of Da Wuster to assert in the future (in response to, and otherwise pertaining to, claims asserted by Glock) the alleged absence of proprietary trademark and trade dress rights in Glock's firearm designs and other designations, including, without limitation, those designations referenced in Paragraphs 27-35 of the *Amended Complaint* filed herein.

Glock and Da Wuster each agrees to bear its own costs and attorneys' fees and expenses incurred in conjunction with its claims or counterclaims asserted against the other in this lawsuit.

DATED: March 18, 2010     JONATHAN HANGARTNER
**X-PATENTS, APC**

*/s/ Jonathan Hangartner*
Jonathan Hangartner
Attorneys for Plaintiffs
**HECKLER & KOCH, INC., GLOCK, INC., and CARL WALTHER SPORTWAFFEN GmbH**

DATED: March 18, 2010     DEBORAH YOON JONES
**ALSTON & BIRD LLP**

*/s/ Deborah Yoon Jones*
Deborah Yoon Jones
Attorneys for Defendant
**DA WUSTER, INC. d/b/a AIRSPLAT**