X-PATENTS, APC
JONATHAN HANGARTNER, Cal. Bar No. 196268
5670 La Jolla Blvd,
La Jolla, California 92037
Telephone:   858-454-4313
Facsimile:   858-454-4314
Email:  jon@x-patents.com

Brian J. McGinnis (Admitted Pro Hac Vice)
Darlene R. Seymour (Admitted Pro Hac Vice)
1292 E. 91st Street
Indianapolis, IN 46240
Telephone: 317-818-0523
Email: bmcginnis@ce-ip.com
Email: dseymour@ce-ip.com

Jonathan G. Polak (*pro hac vice*)
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Telephone: 317-713-3500
Facsimile: 317-713-3699

Attorneys for Plaintiff/Counterclaim-defendant
Heckler & Koch, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECKLER & KOCH, INC.<br><br>    Plaintiff/Counterclaim-defendant,<br><br>v.<br><br>DA WUSTER, INC. d/b/a AIRSPLAT,<br><br>    Defendant/Counterclaimant.<br><br>And Related Counterclaims. | 2:09-cv-09123- CAS VBK<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT**

-1-

Plaintiff hereby files this Notice of Settlement and informs the Court that all parties have reached an agreement as to all claims in this action.  Plaintiff anticipates that it will take one (1) week for the parties to execute the settlement documents and file the dismissal.

WHEREFORE, Plaintiff requests this Court vacate all pending deadlines and hearings scheduled in this matter.

DATED:  January 7, 2011

By   /s/Jonathan Hangartner
     Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been provided to those listed below via the court's electronic filing system on the 7th day of January, 2011:

Larry Jones
Larry.Jones@Alston.com

Theresa Conduah
Theresa.Conduah@Alston.com

Deborah Yoon Jones
Debbie.Jones@Alston.com

Jason Sneed
Jason.Sneed@Alston.com

JoAnn Wakana
JoannWakana@Alston.com

                                  /s/ Jonathan Hangartner
                                  Attorney for Plaintiff