JONATHAN HANGARTNER (State Bar No. 196268)
**X-PATENTS, APC**
5670 La Jolla Boulevard
La Jolla, CA  92037
Telephone:   (858) 454-4313
Facsimile:    (858) 454-4314
jon@x-patents.com

Attorneys for Plaintiffs
**HECKLER & KOCH, INC., GLOCK, INC., and CARL WALTHER
SPORTWAFFEN GmbH**

DEBORAH YOON JONES (State Bar No. 178127)
JOANN M. WAKANA (State Bar No. 232714)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071
Telephone:   (213) 576-1000
Facsimile:    (213) 576-1100
debbie.jones@alston.com
joann.wakana@alston.com

Attorneys for Defendant
**DA WUSTER, INC. d/b/a AIRSPLAT**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECKLER & KOCH, INC., GLOCK, INC., and CARL WALTHER SPORTWAFFEN GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> DA WUSTER, INC. d/b/a AIRSPLAT, <br><br> Defendant. | Case No. CV 09-09123-CAS (VBKx) <br><br> Hon. Christina A. Snyder <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff HECKLER & KOCH, INC. ("HK") and Defendant Da Wuster, Inc. d/b/a/ Airsplat ("Da Wuster") hereby stipulate to:

(1)    The dismissal with prejudice of HK's claims in this lawsuit; and

(2)    The dismissal with prejudice of Da Wuster's counterclaims against HK in this lawsuit, provided that the dismissal of Da Wuster's counterclaims is without prejudice to the right of Da Wuster to assert in the future (in response to, and otherwise pertaining to, claims asserted by HK) the alleged absence of proprietary trademark and trade dress rights in HK's firearm designs and other designations, including, without limitation, those designations referenced in Paragraphs 11-15 of the *Third Amended Complaint* filed herein.

HK and Da Wuster each agrees to bear its own costs and attorneys' fees and expenses incurred in conjunction with its claims or counterclaims asserted against the other in this lawsuit.

DATED: January 19, 2011    JONATHAN HANGARTNER
                           **X-PATENTS, APC**


                           */s/ Jonathan Hangartner*
                           Jonathan Hangartner
                           Attorneys for Plaintiffs
                           **HECKLER & KOCH, INC., GLOCK, INC., and
                           CARL WALTHER SPORTWAFFEN GmbH**

DATED: January 19, 2011    DEBORAH YOON JONES
                           **ALSTON & BIRD LLP**


                           */s/ Deborah Yoon Jones*
                           Deborah Yoon Jones
                           Attorneys for Defendant
                           **DA WUSTER, INC. d/b/a AIRSPLAT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2011, I filed the foregoing "Stipulation of Dismissal" with the Court and using the Court's ECF system, which shall send notification of the same to the following counsel of record:

Jonathan Hangartner
X-Patents
5670 La Jolla Boulevard
La Jolla, California 92037
Email: jon@x-patents.com

Darlene R. Seymour
Brian J. McGinnis
Continental Enterprises
1292 E. 91st Street
Indianapolis, Indiana 46240
Email: dseymour@ce-ip.com
        bmcginnis@ce-ip.com

Jonathan G. Polak
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Email: jpolak@taftlaw.com

/s/ Theresa Conduah
Theresa Conduah

Stipulation of Dismissal
Case No. 09-CV-09123 CAS (VBKx)